TIMOTHY J. WALSH (69509)
ATTORNEY AT LAW
1319 TRAVIS BL.
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
FFLAW@SBCGLOBAL.NET
ATTORNEY FOR DEBTOR

Signed: May 30, 2012

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

IN RE THE BANKRUPTCY OF

JEREMY LINDLEY

RIAN LINDLEY

) Case No.: 12-10768
)
) TJW-1
)
) ORDER GRANTING MOTION FOR ORDER TO
) VALUE COLLATERAL (REAL PROPERTY AT
) 406 THIRD ST. NAPA,CA.)(CREDITOR
) JPMORGAN CHASE BANK N.A. (SERVICED
) BY SELECT PORTFOLIO SERVICING)(DEED
) OF TRUST RECORDED AS DOCKET #2005-
) 0041596 OFFICE OF THE RECORDER NAPA
) COUNTY FILED OCT 12, 2005) (ASSESSOR'S
) IDENTIFICATION # 006-144-005)

DATE: MAY 25, 2012
TIME: 9:00 AM
COURT: U.S. BANKRUPTCY COURT 99 South
"E" St. Santa Rosa, Ca. 95404

ORDER GRANTING MOTION FOR ORDER TO VALUE COLLATERAL ( REAL PROPERTY AT406 THIRD ST. NAPA CA. CREDITOR JPMORGAN CHASE BANK N.A. (SERVICED BY SELECT PORTFOLIO SERVICING) , DEED OF TRUST RECORDED AS DOCKET # 2005-0041596 OFFICE OF THE RECORDER NAPA COUNTY FILED OCT 12, 2005) (ASSESSOR'S IDENTIFICATION # 006-144-005)

ORDER AFTER HEARING

The matter of the motion of the debtors herein to determine the value of real estate at 406 THIRD ST. NAPA CA. securing the loan of JP MORGAN CHASE BANK to the debtors, secured by a deed of trust recorded as docket # 2005-0041596, in the office of the Recorder of Napa

County filed Oct 12, 2001, having been considered, and no opposition having been presented, and good cause appearing:

IT IS ORDERED:

1 The motion is granted.

2 The claim of JP MORGAN CHASE BANK N.A. supported by that certain deed of trust recorded as DOCKET # 2005-0041596, at the Office of the Recorder Napa County filed Oct 12, 2005, ( Assessor's identification # 006-144-005) is a fully unsecured claim;

3 Said claim of JP MORGAN CHASE BANK N.A. is to be paid as an unsecured claim in the chapter 13 plan;

4 Upon completion of the chapter 13 plan, as confirmed by this Court, and the granting of discharge to the debtors, the deed of trust held by JP MORGAN CHASE BANK N.A. recorded in the Napa county as Docket # 2005-0041596, shall be avoided.

5 This order is void if the debtor does not complete the plan and is not granted a discharge.

**********END OF ORDER**********

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Jeremy Lindley |
| 4 | 406 third St. |
| 5 | Napa, Ca. 94559 |
| 6 | |
| 7 | Rian Lindley |
| 8 | 406 Third St. |
| 9 | Napa, Ca. 94559 |

Dated this 24TH DAY OF APRIL, 2012

/S/ TIMOTHY J. WALSH
TIMOTHY J. WALSH
ATTORNEY FOR DEBTOR